PROB 34
(Rev. 5/01)

# Report and Order Terminating Supervised Release

## UNITED STATES DISTRICT COURT

FOR THE

_District of Guam_

**FILED**
DISTRICT COURT OF GUAM

DEC -1 2006

MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

JAIME COMIA TICZON

CRIMINAL CASE NO. 99-00015-001

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **November 3, 2006**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.



RECEIVED
NOV 29 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Marivic P. David, AUSA
    Howard D. Trapp, Defense Counsel
    File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 30th day of November 2006.

_____
HON. FRANCES M. TYDINGCO-GATEWOOD
District Judge
District of Guam

**ORIGINAL**